# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| PETER P. TRUMAN, | ) |
| **PLAINTIFF** | ) ) ) |
| v. | ) CIVIL NO. 2:17-CV-04-DBH |
| PAULA ARMSTRONG, ET AL., | ) ) ) |
| **DEFENDANTS** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 11, 2017, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Order Granting Leave to Proceed In Forma Pauperis and Recommended Dismissal of Case. The time within which to file objections expired on August 25, 2017, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) because it seeks monetary relief from defendants who are immune from such relief and fails to state a claim as to which relief can be granted. The plaintiff's subsequent filings styled as motions for contempt (ECF No. 8) and for a hearing (ECF No. 9), as well as any relief requested in his filings styled as correspondence (ECF Nos. 6, 10, and 11), are **MOOT.**

**SO ORDERED.**

**DATED THIS 31ST DAY OF AUGUST, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**