# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| PETER P. TRUMAN, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:17-CV-04-DBH |
| | ) | |
| PAULA ARMSTRONG, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON MOTION TO REOPEN CASE

The plaintiff has moved to reopen this case in which judgment was entered against him on August 31, 2017. By his motion filed on November 27, 2017, he says that he never received the Magistrate Judge's Recommended Decision, which the docket shows was mailed to him on August 11, 2017, nor my Order affirming the Recommended Decision nor the Judgment, which the docket shows were both mailed to him on August 31, 2017. He gives no suggestion as to why these successive mailed documents would never have reached him, he has reported no change of address, and the Clerk's Office did not receive the mail returned as undeliverable. Moreover, he has shown no way in which the Recommended Decision and the resulting affirmance were wrong. Accordingly the motion to reopen is **DENIED**.

SO ORDERED.

DATED THIS 28TH DAY OF NOVEMBER, 2017

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE